# Order

Michigan Supreme Court
Lansing, Michigan

October 28, 2013

Robert P. Young, Jr.,
Chief Justice

146905

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                         SC:  146905
                                         COA:  310955
KEVIN LAMAR CALE, a/k/a
JAMES CHAUNCEY CALE,                        Bay CC:  12-010048-FH
     Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the February 27, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 28, 2013



Clerk

p1021